IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PAULA B. WHITE**,

    *Plaintiff*,

v.

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**,

    *Defendant*.

CAUSE NO. 3:22-CV-135-CWR-FKB

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on July 11, 2023. Docket No. 19. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is remanded. A separate Final Judgment shall issue.

**SO ORDERED**, this the 26th day of July, 2023.

                                     s/ Carlton W. Reeves
                                     UNITED STATES DISTRICT JUDGE